Argued and submitted June 28, affirmed October 11, 1995

STATE OF OREGON,
*Respondent,*

*v.*

EDWARD GEORGE McLEER,
*Appellant.*

(TM93-1839; CA A84630)

903 P2d 417

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Jonathan H. Fussner, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State v. O'Key*, 321 Or 285, 899 P2d 663 (1995); *State v. Prickett*, 136 Or App 559, 902 P2d 621 (1995).